IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUNG DUONG NGUON,

    Plaintiff,               No. CIV S-10-1115 GGH P

    vs.

VIRGA,

    Defendant.          <u>ORDER</u>

_____/

        On June 22, 2010, plaintiff filed his consent to the jurisdiction of the undersigned (docket #4).  By order filed July 13, 2010, the court construed this action as a civil rights action and directed plaintiff to file a civil rights complaint within twenty-eight days.  The twenty-eight day period has now expired, and plaintiff has not filed a civil rights complaint or otherwise responded to the court's order.

        For the reasons given in the July 13, 2010, order, IT IS HEREBY ORDERED that this action is dismissed with prejudice.

DATED: September 17, 2010

                                        /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:035
nguo1115.ord

1